```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE   NO.08-60438-CIV-MIDDLEBROOKS
                        MAGISTRATE JUDGE P.A.WHITE
```

LEE DALE,                          :

      Plaintiff,              :

v.                                 :            <u>REPORT OF</u>
                                                <u>MAGISTRATE JUDGE</u>
ANDRE BRUNA, et al.,               :

      Defendants.             :
_____

      This Cause is before the Motions to Dismiss filed by the defendants Andre Bruna, James M. Hughes, Kim M. Parnofiello, Donald Miller and Larry Grimm. [DE#'s 18, 24-27] and the plaintiff's Motion to Amend [DE# 28].

      The plaintiff Lee Dale has filed a Complaint [DE# 1], Exhibits [DE# 5]; Amended Complaint [DE# 6]; Exhibits [DE# 13]; and Amended Complaint [DE# 15] raising allegations that five City of Sunrise police officers violated his constitutional rights with regard to his arrest and search on February 15, 2006 and subsequent criminal proceedings, which ended when criminal charges were <u>nolle prossed</u>. The plaintiff has paid the full filing fee [DE# 7] and has personally served each defendant. [DE#'s 19-23]. Each defendant has filed a Motion to Dismiss alleging, <u>inter alia</u>, that the complaints consist of "shotgun" pleadings in violation of <u>Fed.R.Civ.P.</u> 8 and do not sufficiently state individual causes of action against each defendant, who may be able to assert a qualified immunity defense. [DE#'s 18, 24-27]. In response, the plaintiff has filed a Motion to Amend, recognizing that the complaints are "vague and without a complete cause of action" and he seeks the opportunity to file an amended complaint to cure the

deficiencies. [DE# 28].

Upon consideration and review of the entire record, including the lengthy complaints and exhibits, the Undersigned recommends that the Motions to Dismiss be denied without prejudice, and the pro se plaintiff be afforded an opportunity to comply with the Federal Rules of pleading by filing an amended complaint.

Accordingly, it is recommended that:

1. The Motions to Dismiss [DE#'s 18, 24, 25, 26 and 27] be denied without prejudice.

2. The plaintiff's Motion to Amend [DE# 28] be granted.

3. The plaintiff be directed to file a superceding Amended Complaint which includes all claims against all parties and all exhibits, so that the Amended Complaint may stand alone and be the Operative Complaint in this civil action.

It is so recommended at Miami, Florida, this 19th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Lee Dale, Pro Se
    P.O. Box 490241
    Ft Lauderdale, FL 33349

Scott David Alexander, Esq.
E. Bruce Johnson, Esq.
Johnson, Anselmo, Murdoch,
Burke, Piper & McDuff
2455 E. Sunrise Boulevard
Suite 1000
P.O. Box 030220
Fort Lauderdale, FL 33304-0220