UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-60438-CIV-MIDDLEBROOKS/WHITE

LEE DALE,

       Plaintiff,

v.

ANDRE BRUNA, et al,

       Defendants.
_____/

### ORDER

THIS CAUSE comes before the Court upon the Report of Magistrate Judge White (DE 31), filed on July 21, 2008. To date, Plaintiff has filed no objections to this Report. The Report recommends that Defendants' motions to dismiss be denied without prejudice because Plaintiff has filed a motion to amend his complaint. The Court has conducted a _de novo_ review of the file, and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report of Magistrate Judge White (DE 31) is RATIFIED, ADOPTED and APPROVED in its entirety. It is further ORDERED AND ADJUDGED that:

    (1) The motions to dismiss (DE 18, 24, 25, 26, and 27) be DENIED WITHOUT PREJUDICE;

    (2) Plaintiff's motion to amend (DE 28) be GRANTED; and

    (3) Plaintiff is directed to file a superseding amended complaint which includes all claims against all parties and all exhibits, so that the amended complaint may stand alone and be the operative complaint in this civil action.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this 25TH day of August, 2008.

                                                     DONALD M. MIDDLEBROOKS
                                                     UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

        Lee Dale, _pro se_
        P.O. Box 490241
        Ft. Lauderdale, FL 33349